# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 15, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150719(62)

DUSTIN ROCK,
    Plaintiff-Appellee,

v

DR. K. THOMAS CROCKER and DR.
K. THOMAS CROCKER, D.O., P.C.,
    Defendants-Appellants.

SC: 150719
COA: 312885
Kent CC: 10-006307-NM

_____/

   On order of the Chief Justice, the motion of the Michigan State Medical Society for an extension of time to file an amicus brief is GRANTED. The amicus brief will be accepted for filing if submitted on or before November 5, 2015.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    October 15, 2015



         Clerk